Prob 22 (Rev. 03/97)

| # TRANSFER OF JURISDICTION | DOCKET NO. (Transferring Court)<br>0864-0:02CR00189-001(DWF) |
|---|---|
| | DOCKET NO. (Receiving Court) |

| NAME AND LOCATION OF * | DISTRICT | DIVISION | |
|---|---|---|---|
| Daniel John Connor<br>1220 Woftone<br>Hailey, ID | MINNESOTA | | |
| | NAME OF SENTENCING JUDGE<br>Honorable Donovan W. Frank | | |
| | DATES OF SUPERVISION (PROJECTED) | FROM<br>12/29/2007 | TO<br>12/28/2012 |

OFFENSE

Conspiracy to Distribute in Excess of 3,000 Kilograms of Marijuana

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Idaho upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of TSR may be changed by the District Court to which this transfer is made without further inquiry of this Court.

6/22/06

Date

Donovan W. Frank, United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/19/2006

Effective Date

United States District Judge

SCANNED
SEP 06 2006
U.S. DISTRICT COURT ST. PAUL